**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HIROKO KAWAYE,<br><br>            Plaintiff(s),<br><br>v.<br><br>WATER TEC INTERNATIONAL, INC., et al.,<br><br>            Defendant(s). | 2:12-CV-1670 JCM (PAL) |

**ORDER**

Presently before the court is defendant Water Tec of Tucson, Inc.'s motion for summary judgment. (Doc. # 26).

In this case, the parties stipulated to dismiss all of plaintiffs' claims against Water Tec of Tuscon without prejudice. (Doc. # 31). This court approved the stipulation. (Doc. # 32). The stipulation of dismissal has mooted Water Tec of Tuscon's motion for summary judgment.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Water Tec of Tuscon, Inc.'s motion for summary judgment (doc. # 26) be, and the same hereby, is DENIED as moot.

DATED October 9, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**