UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HIROKO KAWAYE,<br><br>              Plaintiff,<br>v.<br>WATER TEC INTERNATIONAL, INC., et al.,<br><br>              Defendants. | Case No. 2:12-cv-01670-JCM-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5).  The last extension of the Discovery Plan and Scheduling Order (#29) filed September 17, 2013, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than January 16, 2014.   Defendants filed a Motion for Summary Judgment (#39) December 16, 2013, which the District Judge denied in an Order (#43) entered June 26, 2014. The parties were required to file a joint pretrial order within 30 days after a decision of the summary judgment motion.  To date, the parties have not complied.  Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., August 12, 2014.** Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.  *See* Fed. R. Civ. P. 41(b).

/ / /

/ / /

/ / /

1

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 29th day of July, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE