UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HIROKO KAWAYE, | Case No. 2:12-cv-01670-JCM-PAL |
| Plaintiff, | ORDER |
| v. | |
| WATER TEC INTERNATIONAL, INC., et al., | |
| Defendants. | |

This matter is before the court on the receipt of correspondence dated September 11, 2014, from Defendant Water Tec International, Inc., requesting telephonic appearance of it's representative, Michelle Mannanbach, and Defendant's insurance carrier, First Mercury Insurance Company, for the settlement conference scheduled for September 29, 2014, at 1:30 p.m.  Defendant's correspondence indicates that he has been in contact with Plaintiff's counsel with regard to this matter, and that Plaintiff's counsel does not believe telephonic appearances are productive but has no objection to this request.

The court will reluctantly grant the request because counsel advise a modest money is at stake but agrees that telephonic appearances are seldom productive.  The court will require that Defendants representative and insurance carrier representative be fully informed about this case, prepared to address any issues needed to resolve this case, and available for the duration of the conference.

/ / /

/ / /

/ / /

/ / /

1      **IT IS ORDERED** that Defendant's representative, Michelle Mannanbach, and
2  Defendant's insurance carrier, First Mercury Insurance Company, shall be allowed to appear
3  telephonically, and shall be available for the duration of the settlement conference scheduled for
4  September 29, 2014, at 1:30 p.m.

5      DATED this 12th day of September, 2014.

                           PEGGY A. LEEN
                           UNITED STATES MAGISTRATE JUDGE