UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HIROKO KAWAYE,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>WATER TEC INTERNATIONAL, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:12-cv-01670-JCM-PAL<br><br>ORDER |

Before the court is Plaintiff's Response to Order and Order to Show Cause (Dkt. #61) filed December 17, 2014, and Plaintiff's Supplemental Response to Order and Order to Show Cause (Dkt. #62) filed December 19, 2014.  The initial response indicated counsel had finally received a response from his client who agreed to come into his office on December 19, 2014 and requested that the court defer entering a recommendation of dismissal until January 5, 2015, if his client did not execute the settlement documents.  Plaintiff's supplemental response attaches the signature page of the settlement document that his client executed on December 19, 2014 and notified opposing counsel so that the release and stipulation for dismissal could be exchanged for the settlement check.  Accordingly,

**IT IS ORDERED** that the parties shall have until **January 15, 2015,** in which to file a stipulation for dismissal.

DATED this 22nd day of December, 2014.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE